```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 04428
    MARSHA GAGLIARDI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
     SSN XXX-XX-0841


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 02/27/08 .

     2.  The case was converted to Chapter 7 without confirmation, 05/27/2008.

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                               PAID            PAID
-----------------------------------------------------------------------------
EMC MORTGAGE                CURRENT MORTG         .00             .00             .00
EMC MORTGAGE                MORTGAGE ARRE   NOT FILED             .00             .00
INTERNAL REVENUE SERVICE    PRIORITY        NOT FILED             .00             .00
NORDSTROM                   UNSECURED       NOT FILED             .00             .00
J CREW                      UNSECURED       NOT FILED             .00             .00
SALT CREEK THERAPY CENTE    UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK            UNSECURED       NOT FILED             .00             .00
E TALBERT MD                UNSECURED       NOT FILED             .00             .00
HSBC                        UNSECURED       NOT FILED             .00             .00
KOHLS                       UNSECURED       NOT FILED             .00             .00
M&M ORTHOPEDICS             UNSECURED       NOT FILED             .00             .00
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER          TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00          .00          .00         .00            .00
PRINCIPAL PAID           .00          .00          .00         .00            .00
INTEREST PAID            .00          .00          .00         .00            .00
TOTAL PAID               .00          .00          .00         .00            .00
The Debtor's attorney, SARAH L POEPPEL              , was allowed $       .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 08/20/08                      /S/
                                    GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 08 B 04428 MARSHA GAGLIARDI
```